**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1054**

_____

VAL E. WEAVER,

Plaintiff - Appellant,

versus

NORTH AMERICAN TECHNOLOGIES GROUP, INCORPO-
RATED, a Delaware corporation; NORTH AMERICAN
ENVIRONMENTAL GROUP, INCORPORATED, a Delaware
corporation,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
95-2227-DKC)

_____

Submitted: April 17, 1997          Decided: April 24, 1997

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dushko S. Zdravkovich, DUSHKO S. ZDRAVKOVICH & ASSOCIATES, Upper
Marlboro, Maryland, for Appellant. Robert L. Ferguson, Jr.,
FERGUSON, SCHETELICH, HEFFERNAN & MURDOCK, P.A., Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellees' motion for sanctions. We have reviewed the record and the district court's opinion and find that the district court did not abuse its discretion either in assessing sanctions against Appellant's counsel, or in failing to conduct an evidentiary hearing in this matter. Accordingly, we affirm on the reasoning of the district court. Weaver v. North American Technologies Group, Inc., No. CA-95-2227-DKC (D. Md. Nov. 29, 1995). We deny Appellees' motion for sanctions on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2